JS-6
Entered

I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY FIRST CLASS MAIL, POSTAGE PREPAID, TO ALL COUNSEL (OR PARTIES) AT THEIR RESPECTIVE MOST RECENT ADDRESS OF RECORD IN THIS ACTION ON THIS DATE.

DATED: 3-18-14

DEPUTY CLERK

FILED
CLERK, U.S.D.C. SOUTHERN DIVISION
MAR 18 2014
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

CURTIS BLOUNT,

    Petitioner,

vs.

RANDY L. TEWS,

    Respondent.

Case No. CV 14-0436-JLS (RNB)

**JUDGMENT**

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
MAR 18 2014
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

    Pursuant to the Order Accepting Findings and Recommendations of United States Magistrate Judge,

    IT IS HEREBY ADJUDGED that this action is summarily dismissed without prejudice for lack of jurisdiction.

DATED: 3/16/14

JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE